# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JASKARAN SINGH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00097-LSC-JEO |
| ) | |
| **MR. GUERINGER, Assistant Field** ) | |
| **Office Director of the Etowah County** ) | |
| **Detention Center, et al.,** ) | |
| ) | |
| Respondents. | |

## MEMORANDUM OPINION

On January 20, 2015, the Petitioner, a citizen of India, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention at the Etowah County Detention Center. (Doc. 1). The case is now before the court on the Respondents' motion to dismiss the petition as moot. (Doc. 12). In their motion, the Respondents note that the Petitioner has been deported from the United States.[1]

Because the Petitioner has been deported, there is no longer any relief that can be provided to him and his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

---

[1] In their motion, the Respondents state that the Petitioner was deported on October 14, 2014. However, it appears from the Declaration of Bryan S. Pitman, Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility in Gadsden, Alabama, which the Respondents attached as an exhibit to their motion, that the Petitioner was actually deported on March 31, 2015. (*See* Doc. 12-1).

Done this 7th day of April, 2015.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
173538